■ In the Matter of WILLIAM BROOKMAN, Appellant, v SHARI ROGERS, Respondent. [65 NYS3d 840]—Appeal from an order of the Supreme Court, Oneida County (Randal B. Caldwell, A.J.), entered April 5, 2016 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, suspended petitioner's visitation.

It is hereby ordered that said appeal is unanimously dismissed without costs (*Matter of Mary L.R. v Vernon B.*, 48 AD3d 1088, 1088 [4th Dept 2008], *lv denied* 10 NY3d 710 [2008]). Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.

■ HONGXING YIN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 119163.) [65 NYS3d 887]—Appeal from an order of the Court of Claims (J. David Sampson, J.), entered May 19, 2016. The order granted defendant's motion to dismiss the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims (2016 NY Slip Op 51900[U]). Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.